UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA K. ADAMS, | No. C-14-03742 DMR |
| Plaintiff(s), | **ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |
| v. | |
| SOCIAL SECURITY ADMIN., | |
| Defendant(s). | |

Plaintiff Bianca K. Adams filed this action on August 18, 2014 pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision by the Commissioner of the Social Security Administration. In accordance with Local Rule 16-5, Plaintiff was to file a motion for summary judgment within 28 days of receipt of Defendant's answer, which was filed on December 1, 2014. Plaintiff did not file a motion for summary judgment. On January 12, 2015, the court issued an Order to Show Cause, ordering Plaintiff to submit a written statement by no later than January 28, 2015 explaining why this action should not be dismissed for failure to prosecute. The court noted that Plaintiff's failure to respond by January 28, 2015 may result in the dismissal of this action. [Docket No. 19.]

Plaintiff did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

1   IT IS SO ORDERED.

2

3   Dated: February 11, 2015



IT IS SO ORDERED

DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2